Argued and submitted May 29, affirmed September 16, reconsideration denied December 2, 1992, petition for review pending 1993

# STATE OF OREGON,
*Respondent,*

*v.*

# DELORES JANE MADRID,
*Appellant.*

(90D-105339; CA A71372)

836 P2d 1378

Hari Nam S. Khalsa, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles C. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Joseph, Chief Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Affirmed. *State v. Trenary,* 114 Or App 608, 836 P2d 739 (1992).